# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roach, Robert K. | U. S. District Court, NDTex | 03/17/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Part-time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

P. O. Box 8445
Wichita Falls, Texas 76307

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Red River Valley Beekeepers Association |
| 2. | Elder | First Christian Church of Wichita Falls, Texas |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Honey Sales from my bee hives | $1,790.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | American National Bank | Personal Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Robert K. Roach IRA Trust Account at American National Bank | H2 | | | | | | | | |
| 2. -Ameribancshares-Common | B | Dividend | L | T | | | | | |
| 3. -Abbvie, Inc. | A | Dividend | | | Sold | 10/28/15 | J | C | |
| 4. -Accenture Plc, Dublin Class A | A | Dividend | J | T | Buy | 09/14/15 | J | | |
| 5. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 6. | | | | | Buy (add'l) | 12/04/15 | J | | |
| 7. -Actavis PLC | A | Dividend | | | Closed | 06/16/15 | J | | |
| 8. -Affiliated Managers Group | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 9. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 10. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 11. -AFLAC | A | Dividend | J | T | | | | | |
| 12. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 13. -Alerian Energy Infrastructure | A | Dividend | | | Sold | 04/07/15 | J | A | |
| 14. -Allergen PLC | A | Dividend | | | Spinoff (from line 7) | 06/16/15 | J | | |
| 15. | | | | | Sold (part) | 07/29/15 | J | B | |
| 16. | | | | | Sold | 08/26/15 | J | C | |
| 17. -Alphabet Inc Class A | A | Dividend | J | T | Spinoff (from line 118) | 10/06/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Alphabet Inc. Cap Class C | A | Dividend | J | T | Spinoff (from line 121) | 10/06/15 | J | | |
| 19. -Amazon Com Inc. | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 20. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 21. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 22. -AMC Networks, Inc. | A | Dividend | | | | | | | |
| 23. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 24. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 25. | | | | | Sold | 12/15/15 | J | A | |
| 26. -American Airlines Group | A | Dividend | J | T | | | | | |
| 27. | | | | | Sold (part) | 07/23/15 | J | C | |
| 28. -Amgen, Inc.- Common | A | Dividend | J | T | | | | | |
| 29. | | | | | Sold (part) | 07/29/15 | J | D | |
| 30. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 31. -Apple Computer-Common | A | Dividend | J | T | | | | | |
| 32. | | | | | Sold (part) | 05/05/15 | J | B | |
| 33. | | | | | Sold (part) | 05/06/15 | J | B | |
| 34. -AT&T Inc. Corp Bond 5.5% | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Bank of America 2.625% Bond | A | Interest | K | T | Buy | 12/17/15 | K | | |
| 36.  -Bell South Trust Certificates-Common | A | Dividend | J | T | | | | | |
| 37.  -Berkshire-Hathaway-Class B | A | Dividend | K | T | | | | | |
| 38.  -Capital One Financial Corp Bond 2.15% | A | Interest | | | Matured | 03/23/15 | K | A | |
| 39.  -Capital One Financial Corp Common | A | Dividend | J | T | Buy | 04/09/15 | J | | |
| 40. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 41. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 42. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 43. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 44. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 45.  -Celenese Corp-Common | A | Dividend | J | T | Buy | 09/03/15 | J | | |
| 46. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 47.  -CF Industries Holdings | A | Dividend | | | | | | | |
| 48. | | | | | Sold | 11/12/15 | J | B | |
| 49.  -Chevron Corp New Commom | A | Dividend | J | T | | | | | |
| 50. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 51. | | | | | Buy (add'l) | 03/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 53. | | | | | Buy (add'l) | 06/05/15 | J | | |
| 54. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 55.   -Chicago Bridge & Iron NV-Common | A | Int./Div. | J | T | Buy | 05/20/15 | J | | |
| 56. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 57. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 58. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 59. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 60. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 61. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 62.   -Cisco Systems, Inc.-Common | A | Dividend | J | T | | | | | |
| 63. | | | | | Sold (part) | 08/26/15 | J | B | |
| 64. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 65. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 66. | | | | | Buy | 11/30/15 | J | | |
| 67.   -Delphi Automotive | A | Dividend | J | T | | | | | |
| 68. | | | | | Buy (add'l) | 2/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/20/15 | J | | |
| 70. | | | | | Sold (part) | 07/23/15 | J | A | |
| 71. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 72. -Devonshire Operating | A | Distribution | J | T | | | | | |
| 73. -Direct TV | A | Dividend | | | | | | | |
| 74. | | | | | Sold | 04/23/15 | J | C | |
| 75. -Discover Bank 2.3% Bond | F | Interest | L | T | Buy | 09/30/15 | K | | |
| 76. | | | | | Buy (add'l) | 09/30/15 | K | | |
| 77. -EMC Corp Mass Com | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 78. -Energen Corp.-Common | A | Dividend | | | Sold | 07/23/15 | J | A | |
| 79. -Envision Healthcare Holdongs | A | Dividend | | | Buy | 09/17/15 | J | | |
| 80. | | | | | Sold (part) | 11/30/15 | J | A | |
| 81. | | | | | Sold | 12/15/15 | J | A | |
| 82. -Exxon-Common | A | Dividend | K | T | | | | | |
| 83. -Fiserve Inc.-Common | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 84. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 85. | | | | | Buy (add'l) | 11/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 87.    -Freeport Copper and Gold-Class B- Common | A | Interest | J | T | | | | | |
| 88. | | | | | Sold (part) | 01/16/15 | J | A | |
| 89. | | | | | Sold (part) | 01/20/15 | J | A | |
| 90. | | | | | Sold (part) | 02/04/15 | J | A | |
| 91. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 92. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 93. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 94. | | | | | Buy (add'l) | 12/04/15 | J | | |
| 95.    -General ElectricCompany-Common | A | Dividend | J | T | | | | | |
| 96. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 97. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 98. | | | | | Sold (part) | 11/02/15 | J | C | |
| 99. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 100. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 101. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 102.    -GE Cap Retail Bank 1.05 % Bond | A | Interest | | | Buy | 03/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 28

Name of Person Reporting

Roach, Robert K.

Date of Report

03/17/2016

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/25/15 | K | A | |
| 104.  -General Motors | A | Dividend | K | T | | | | | |
| 105. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 106. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 107.  -Gilead Sciences, Inc-Common | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 108. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 109. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 110. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 111. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 112. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 113.  -Goldman-Sachs FPT Prime Fund #262 | E | Dividend | L | T | | | | | |
| 114.  -Goldman Sachs Strategic Income Fund | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 115. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 116.  -Goldman-Sachs Group-Common | A | Dividend | J | T | | | | | |
| 117. | | | | | Sold (part) | 05/11/15 | J | B | |
| 118.  -Google Inc. Class A | A | Dividend | | | | | | | |
| 119. | | | | | Buy (add'l) | 09/17/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Closed | 10/06/15 | J | A | |
| 121. -Google Inc. Class C | A | Dividend | | | | | | | |
| 122. | | | | | Sold (part) | 05/21/15 | J | A | |
| 123. | | | | | Closed | 10/06/15 | J | | |
| 124. -Greenbrier Companies, Inc. | A | Dividend | J | T | | | | | |
| 125. | | | | | Sold (part) | 01/20/15 | J | B | |
| 126. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 127. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 128. | | | | | Sold (part) | 06/30/15 | J | A | |
| 129. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 130. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 131. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 132. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 133. -Halliburton Co.-Common | A | Dividend | | | | | | | |
| 134. | | | | | Sold | 01/20/15 | J | D | |
| 135. -Helen of Troy Limited | A | Dividend | J | T | | | | | |
| 136. | | | | | Buy (add'l) | 03/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/29/15 | J | A | |
| 138. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 139.  -HD Supply Holdings, Inc. Common | A | Dividend | J | T | Buy | 05/26/15 | J | | |
| 140. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 141. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 142. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 143. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 144. | | | | | Sold (part) | 11/16/15 | J | B | |
| 145. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 146.  -IBM-Common | A | Dividend | | | Sold | 01/16/15 | J | A | |
| 147.  -JP Morgan Chase & Company | A | Dividend | J | T | | | | | |
| 148.  -Kinder Morgan Inc. Deleware | A | Dividend | | | Buy | 2/25/15 | J | | |
| 149. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 150. | | | | | Sold (part) | 12/17/15 | J | A | |
| 151. | | | | | Sold | 12/23/15 | J | A | |
| 152.  -Laboratory Corp. American Holdings | A | Dividend | J | T | | | | | |
| 153. | | | | | Sold (part) | 05/04/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Lyndellbasell Industries | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 155. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 156. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 157. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 158.  -Marathon Petroleum 3.5% Bond | B | Int./Div. | J | T | Buy | 08/05/15 | J | | |
| 159.  -McKesson Corp-Common | A | Dividend | J | T | Buy | 07/17/15 | J | | |
| 160. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 161.  -Mead Johnson Nutrition | A | Dividend | J | T | Buy | 04/08/15 | J | | |
| 162. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 163.  -Medtronic, Inc.-Common | A | Dividend | J | T | | | | | |
| 164.  -Microsoft Corp. Common | A | Dividend | J | T | | | | | |
| 165. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 166. | | | | | Buy (add'l) | 12/04/15 | J | | |
| 167. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 168. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 169.  -National Oilwell Varco, Inc. | A | Dividend | | | Sold | 01/16/15 | J | A | |
| 170.  -Nexstar Broadcasting | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 172. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 173. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 174. | | | | | Sold (part) | 08/26/15 | J | A | |
| 175. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 176. -NXP Semiconductors N.v. Eindhoven Shares | A | Dividend | J | T | Buy | 11/16/15 | J | | |
| 177. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 178. -Oracle Corp.-Common | A | Dividend | J | T | | | | | |
| 179. | | | | | Sold (part) | 05/20/15 | J | C | |
| 180. | | | | | Sold (part) | 06/30/15 | J | C | |
| 181. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 182. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 183. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 184. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 185. -Pfizer-Common | A | Dividend | J | T | | | | | |
| 186. | | | | | Sold (part) | 04/27/15 | J | C | |
| 187. | | | | | Buy (add'l) | 08/06/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Phillip Morris International-Common | A | Dividend | | | Sold | 11/02/15 | J | A | |
| 189. -Priceline Com Inc. | A | Dividend | J | T | | | | | |
| 190. | | | | | Sold (part) | 06/11/15 | J | B | |
| 191. | | | | | Sold (part) | 08/26/15 | J | A | |
| 192. -Proctor and Gamble-Common | A | Int./Div. | | | Sold | 10/20/15 | J | D | |
| 193. -Roper Industries Inc.-Common | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 194. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 195. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 196. -Sanderson Farms, Inc. | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 197. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 198. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 199. -Sensata Technologies Holding | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 200. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 201. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 202. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 203. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 204. | | | | | Buy (add'l) | 09/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 206. -State Bank of India Bond 1.2% | A | Interest | K | T | | | | | |
| 207. -Target Corp Common | D | Dividend | K | T | | | | | |
| 208. -United Rentals, Inc. | A | Dividend | J | T | | | | | |
| 209. | | | | | Sold (part) | 11/16/15 | J | A | |
| 210. -Valero Energy Corp.-New Common | A | Dividend | J | T | | | | | |
| 211. | | | | | Sold (part) | 04/14/15 | J | C | |
| 212. | | | | | Buy (add'l) | 05/20/15 | J | | |
| 213. | | | | | Sold (part) | 08/26/15 | J | B | |
| 214. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 215. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 216. -Vanguard FSTE Allworld Ex-US Bond | E | Interest | L | T | | | | | |
| 217. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 218. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 219. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 220. -Vanguard Short-Term Bond Fund | A | Dividend | K | T | Buy | 07/15/15 | K | | |
| 221. -Vanguard Small Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 04/17/15 | J | B | |
| 223.  -Vanguard Total World Stock | A | Dividend | J | T | | | | | |
| 224.  -Verison Corp.-Common | A | Dividend | J | T | | | | | |
| 225.  -VISA, Inc. | A | Dividend | J | T | | | | | |
| 226. | | | | | Sold (part) | 08/26/15 | J | B | |
| 227.  -Wal Mart Stores Inc. Common | A | Dividend | J | T | | | | | |
| 228. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 229.  -Wells Fargo Common | A | Dividend | J | T | | | | | |
| 230.  -World Fuel Services Corp | A | Dividend | J | T | Buy | 02/19/15 | J | | |
| 231. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 232. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 233. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 234. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 235.  Sharon T. Roach IRA Custody Account at American National Bank | H2 | | | | | | | | |
| 236.  -Abbott Labs-Common | A | Dividend | | | Buy | 03/18/15 | J | | |
| 237. | | | | | Sold | 05/04/15 | J | A | |
| 238.  -Accenture-a | A | Dividend | J | T | Buy | 03/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Accenture PLC Dublin Class A | A | Dividend | J | T | Spinoff (from line 238) | 03/19/15 | J | | |
| 240.  -Ameriprise Financial Inc-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 241.  -Apple Computer Inc-Common | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 242. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 243.  -Berkshire Hathaway Inc-Class B New | A | Dividend | J | T | Buy | 04/27/15 | J | | |
| 244. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 245.  -Chevron Corp-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 246.  -Cisco Systems Inc-Common | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 247.  -Conoco Corp-Common | A | Dividend | | | Buy | 03/18/15 | J | | |
| 248. | | | | | Sold | 10/14/15 | J | A | |
| 249.  -Discover Bank 2.3% Bond | A | Dividend | J | T | Buy | 09/30/15 | J | | |
| 250.  -E M C Corp Mass-Common | A | Dividend | | | | | | | |
| 251. | | | | | Sold | 03/18/15 | J | A | |
| 252.  -Federated Total Return Bond Fund | B | Interest | K | T | | | | | |
| 253.  -Freeport Copper & Gold Class B-Common | A | Dividend | | | Buy | 03/18/15 | J | | |
| 254. | | | | | Sold | 12/17/15 | J | A | |
| 255.  -General Electric Co-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 05/11/15 | J | A | |
| 257. | | | | | Sold (part) | 11/02/15 | J | A | |
| 258. -GE Cap Retail Bank 1.05% Bond | A | Interest | J | T | Buy | 03/18/15 | J | | |
| 259. | | | | | Sold (part) | 09/25/15 | J | A | |
| 260. -Harris Corp Delaware-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 261. -IBM-Common | A | Dividend | | | | | | | |
| 262. | | | | | Sold | 01/16/15 | J | C | |
| 263. -Intel Corp-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 264. -Johnson & Johnson-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 265. -JP Morgan Chase & Co-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 266. -Goldman Sachs FST Prime Fund #464 | C | Dividend | J | T | | | | | |
| 267. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 268. -Goldman Sachs Strategic Income Fund | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 269. -Kohls Corp-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 270. -Lilly Eli & Co-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 271. -Intel Corp-Common | A | Dividend | J | T | | | | | |
| 272. -Lyondellbasell Industries | A | Dividend | J | T | Buy | 03/18/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -Macys Corp-Common | A | Dividend | | | Buy | 03/18/15 | J | | |
| 274. | | | | | Sold | 12/17/15 | J | A | |
| 275.  -Merck & Co-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 276.  -Metlife Inc-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 277.  -Microsoft Corp-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 278.  -Norfolk Southern Corp-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 279.  -Novartis AG Sponsored ADR | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 280.  -Pfizer Inc-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 281. | | | | | Sold (part) | 04/27/15 | J | A | |
| 282.  -Philip Morris International Inc-Common | A | Dividend | | | Buy | 03/18/15 | J | | |
| 283. | | | | | Sold (part) | 04/23/15 | J | A | |
| 284. | | | | | Sold | 11/02/15 | J | A | |
| 285.  -PNC Financial Services Group Inc-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 286.  -Raytheon Co- New Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 287.  -Unilever N V New York Shares New | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 288.  -Target Corp-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 289.  -Travelers Companies-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -Verison Communications-Com | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 291.  -Valero Energy Corp-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 292.  -Vanguard Dividend Appreciation EFT | A | Dividend | J | T | | | | | |
| 293. | | | | | Sold (part) | 03/18/15 | J | B | |
| 294.  -Vanguard Ftse Allworld Ex-US | A | Dividend | J | T | Buy | 05/14/15 | J | | |
| 295. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 296. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 297.  -Vanguard Small Cap Fund | A | Dividend | J | T | Buy | 05/14/15 | J | | |
| 298. | | | | | Buy (add'l) | 05/22/15 | J | | |
| 299.  -Vanguard Whitehall EFT High Dividend Yield | A | Dividend | | | | | | | |
| 300. | | | | | Sold | 03/18/15 | J | B | |
| 301.  -Visa Inc-Common | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 302.  -Walgreens Boots Alliance Inc-Common | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 303.  -Wal-Mart Stores, Inc.-Common | A | Dividend | J | T | | | | | |
| 304. | | | | | Sold (part) | 05/22/15 | J | A | |
| 305.  -Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 306.  American National Bank, Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Ameribancshares-Common | B | Dividend | M | T | | | | | |
| 308. Sharon Separate Property Custody Account at American National Bank | H2 | | | | | | | | |
| 309. -Vanguard Energy EFT | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 310. -Vanguard FTSE All World ex US EFT | A | Dividend | J | T | | | | | |
| 311. | | | | | Buy (add'l) | 05/14/15 | J | | |
| 312. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 313. -Vanguard REIT EFT | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 314. -Vanguard Short Term Bond EFT | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 315. -Vanguard Total Bond Market EFT | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 316. -Vanguard Total Stock Market | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 317. -Federated Total Return Bond Fund #328 | A | Int./Div. | J | T | Buy | 06/02/15 | J | | |
| 318. | | | | | Sold (part) | 06/09/15 | J | A | |
| 319. | | | | | Sold (part) | 06/23/15 | J | A | |
| 320. -Actavis PLC Europe-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 321. -AFLAC Inc-Common | A | Dividend | J | T | Buy | 06/17/15 | J | | |
| 322. -Allergen PLC Shares-Common | A | Dividend | J | T | Spinoff (from line 320) | 06/16/15 | J | | |
| 323. -AMC Networks Inc-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -American Airlines Group-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 325. -Amgen Inc-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 326. -Apple Computer Inc-Common | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 327. -Brookshire Hathaway Inc-Class B-Common | A | Dividend | J | T | Buy | 04/27/15 | J | | |
| 328. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 329. -Chevron Corp-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 330. -Chicago Bridge & Iron Co NV-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 331. -Cisco Systems Inc-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 332. -Delphi Automotive-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 333. -Envision Healthcare Holdings-Common | A | Dividend | | | Buy | 06/02/15 | J | | |
| 334. | | | | | Sold | 12/15/15 | J | A | |
| 335. -Exxon Mobile Corp-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 336. -Federated Total Return Bond Fund #328 | A | Int./Div. | J | T | Buy | 01/08/15 | J | | |
| 337. | | | | | Sold (part) | 06/09/15 | J | C | |
| 338. | | | | | Sold (part) | 06/23/15 | J | B | |
| 339. -Freeport Copper & Gold-Class B Common | A | Dividend | | | Buy | 06/02/15 | J | | |
| 340. | | | | | Sold | 12/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -General Electric Co-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 342. -General Motors Co-Common | A | Dividend | J | T | Buy | 12/29/15 | J | | |
| 343. -Gilead Sciences Inc-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 344. -Google Inc-Class A Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 345. -Greenbriar Companies Inc-Common | A | Dividend | | | Buy | 06/02/15 | J | | |
| 346. | | | | | Sold | 06/30/15 | J | A | |
| 347. -HD Supply Holdings Inc-Common | A | Dividend | J | T | Buy | 05/26/15 | J | | |
| 348. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 349. -Helen of Troy LTD | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 350. -Hewlett Packard Co-Common | A | Dividend | | | Buy | 06/02/15 | J | | |
| 351. | | | | | Sold | 08/17/15 | J | A | |
| 352. -Kinder Morgan Inc Delaware-Common | A | Dividend | | | Buy | 06/02/15 | J | | |
| 353. | | | | | Sold | 12/17/15 | J | A | |
| 354. -Laboratory Corp American Holdings-New Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 355. -Medtronic PLC, Dublin Shares | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 356. -McKesson Corp-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 357. -Nexstar Broadcasting Inc-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Oracle Corp-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 359. | | | | | Sold (part) | 06/30/15 | J | A | |
| 360. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 361. -Pfizer Inc-Common | A | Dividend | J | T | Buy | 04/06/15 | J | | |
| 362. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 363. -Sensata Technologies Inc-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 364. -Target | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 365. -United Rentals Inc-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 366. -Valero Energy Corp-New Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 367. -Vanguard Small Cap Fund | A | Dividend | J | T | Buy | 05/14/15 | J | | |
| 368. -Verison Communications-Common | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 369. -Viacom | A | Dividend | | | Buy | 06/02/15 | J | | |
| 370. | | | | | Sold | 08/26/15 | J | A | |
| 371. -VISA Inc-Common | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 372. -Wal Mart Stores Inc-Common | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 373. -World Fuel Services Inc-Common | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 374. 912 Company-Wichita Falls-Oil & Gas Partnership | E | Distribution | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Northwestern Mutual Life-Whole Life Policy | A | Interest | L | T | | | | | |
| 376. Clay Roach Loan | C | Interest | | | Matured | 02/20/15 | L | B | |
| 377. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Item 128 reflects an unsecured loan to my son, Clay Roach which he paid off during 2015.

Part VII Kodiak Oil & Gas Corp Shown as Item 62 in Part VII of the 2014 Financial Disclosure report was merger 12/4/14 into Whiting Petroleum as reflected in (Item 98) which was subsequently sold on 12/9/14 as reflected in Item 99 and therefore was never held in this account in 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/17/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert K. Roach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544